# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| IN RE:<br><br>GARLOCK SEALING TECHNOLOGIES LLC,<br><br>DEBTOR. | CASE NO.: 3:17-cv-00275-GCM<br><br>ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN P. GUY |
|---|---|

This matter comes before the court on the *Motion for Admission Pro Hac Vice and Affidavit* [doc. # 2] filed on May 31, 2017 for Jonathan P. Guy of the law firm of Orrick, Herrington & Sutcliffe LLP to appear as counsel for Joseph W. Grier, III, the Court-appointed legal representative for future asbestos claimants (the "FCR") in the above-captioned case, and it appearing to the Court that such counsel should be admitted *pro hac vice* as counsel for the FCR,

IT IS THEREFORE ORDERED that the motion is granted and that Jonathan P. Guy is admitted to practice before this Court *pro hac vice*.

Signed: June 1, 2017

Graham C. Mullen
United States District Judge