**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 3:17-cv-00275-GCM** |
| **GARLOCK SEALING TECHNOLOGIES LLC,** | **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY D. BEAMAN** |
| **DEBTOR.** | |

This matter comes before the court on the *Motion for Admission Pro Hac Vice and Affidavit* [doc. # 3] filed on May 31, 2017 for Gregory D. Beaman of the law firm of Orrick, Herrington & Sutcliffe LLP to appear as counsel for Joseph W. Grier, III, the Court-appointed legal representative for future asbestos claimants (the "FCR") in the above-captioned case, and it appearing to the Court that such counsel should be admitted *pro hac vice* as counsel for the FCR,

IT IS THEREFORE ORDERED that the motion is granted and that Gregory D. Beaman is admitted to practice before this Court *pro hac vice*.

Signed: June 1, 2017

Graham C. Mullen
United States District Judge