# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

IN RE:

GARLOCK SEALING TECHNOLOGIES LLC, et al.,

Debtors.[1]

Case No. 10-BK-31607

Chapter 11

Jointly Administered

## ORDER GRANTING DEBTORS' MOTION FOR AN ORDER WITHDRAWING THE REFERENCE FOR PLAN CONFIRMATION AND RELATED PROCEEDINGS

This matter came before the Court on the Debtors' Motion for an Order Withdrawing the Reference for Plan Confirmation and Related Proceedings (the "**Motion**"). For the reasons set forth in the Motion, the Court having determined that the withdrawal of the reference as proposed in the Motion will further interests of efficiency and judicial economy and reflects cause to withdraw the reference (in part) pursuant 28 U.S.C. §157(d), the Court hereby orders that:

1. The Motion is GRANTED; and

2. The cases jointly administered by the Bankruptcy Court under Case No. 10-31607 (the "**Cases**") shall have the reference withdrawn in part. The reference shall be withdrawn for the following matters: (i) confirmation of the Plan; (ii) issuance of the Asbestos Channeling Injunction; and (iii) consideration of any Motions to Approve Settlements pursuant to Section 7.3.10 of the Plan, including those filed at Docket Nos. 5929, 5946, 5947, and 5948, and any

---

[1] The debtors in these jointly administered cases are Garlock Sealing Technologies LLC; Garrison Litigation Management Group, Ltd.; The Anchor Packing Company and OldCo, LLC, successor by merger to Coltec Industries Inc.

additional motions to approve settlement filed pursuant to such section before a confirmation order is entered (the "**Proposed Withdrawn Matters**").

3. Matters in the Cases that are not Proposed Withdrawn Matters shall not have the reference withdrawn.

So ordered this 6th day of June, 2017

Graham C. Mullen
United States District Judge